# JOHN H. RING, III
### ATTORNEY AT LAW
### 385 CLEVELAND DRIVE
### BUFFALO, NEW YORK 14215

TEL: (716) 831-1994

January 25, 2010

U.S. Bankruptcy Court, WDNY
Office of the Clerk
Olympic Towers
300 Pearl Street, Suite 250
Buffalo, NY 14202-2501

Re: Shirley E. Brumber
Bk. No. 05-19379K

Dear Sir/Madam:

Enclosed herewith please find a Statement of Unclaimed Funds in regards to the Bankruptcy Estate of Shirley E. Brumber.

I have stopped payment on this checks since it is beyond the 90 day period and I am enclosing the Estate of Shirley E. Brumber's check no. 120 in the amount of $13.11 made payable to the U.S. Bankruptcy Court which represents the total due in this matter.

The following is the name and address for creditors and the amount they are entitled to receive from the Bankruptcy Estate of Shirley E. Brumber

Claim No. 15 -     Kaufman's                          $13.11
                   400 Fifth Avenue
                   Pittsburgh, PA 15219

If you have any questions or problems, please feel free to contact the undersigned.

Very truly yours,

JOHN H. RING, III

JHR/pls
Enc.

[FILED JAN 27 2010 BANKRUPTCY COURT BUFFALO, NY]

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF NEW YORK

In re:

BRUMBER, SHIRLEY E

Debtor.

Chapter 7

Case No. 05-19379 MJK

**STATEMENT OF UNCLAIMED DIVIDENDS**

| Claim No. | Creditor Name and Address | Amount Allowed | Dividend |
|---|---|---|---|
| 15 | Kaufman's<br>400 fifth avenue<br>Pittsburgh, PA 15219 | $443.00 | $13.11 |

**TOTAL UNCLAIMED DIVIDENDS:** $ 13.11

Dated: January 25, 2010

JOHN H. RING, III
Trustee
385 CLEVELAND DR.
CHEEKTOWAGA, NY 14215
(716) 831-1994



FILED JAN 27 2010 BANKRUPTCY COURT BUFFALO NY